FILED
IN SUPREME COURT OF TEXAS

APR 24 2015

Blake Hawthorne, Clerk
by _____ , Deputy

No. **15-0313**

IN THE

# SUPREME COURT OF TEXAS

JUAN A. MARTIN-DE-NICOLAS
Petitioner,

V.

REX JONES
Respondent.

## FIRST MOTION FOR EXTENSION OF TIME TO FILE PETITON FOR REVIEW

TO THE HONORABLE SUPREME COURT OF TEXAS:

Petitioner files this First Motion for Extension of Time to File Petition for Review under Tex. R. App. P. 10.1, 10.5(b), and 53.7(f). In support of this motion, Petitioner shows the following:

1. The Court of Appeals (3rd district, Austin) rendered its opinion and judgment in Juan A. Martin-de-Nicolas v. Rex Jones (No. 03-13-00318-CV) on

August 28, 2014 (affirmed) and denied Petitioner's motion for rehearing on January 26, 2015, and overruled Petitioner's Motion for En Banc Reconsideration on March 3, 2015. The petition for review is due on April 30, 2015.

2. Petitioner requests an extension of time of thirty days, making the petition for review due on Monday June 1, 2015. This is Petitioner's first request for an extension of time in this case.

3. Petitioner relies on the following facts as a reasonable explanation for the requested extension of time: pro se Petitioner needs additional time to study the issues involved in this appeal, to seek guidance, and to prepare a concise and cogent petition for this court to review.

4. The undersigned has made reasonable attempts to conferred with opposing counsel but has not been able to do so.

Therefore, Petitioner prays that this Court grant this motion for extension of time.

Respectfully submitted,

_Juan A. Martin de N._

Juan A. Martin-de-Nicolas, Pro Se

## CERTIFICATE OF SERVICE

This is to certify that on this 24th day of April 2015, a copy of this

Appellant's Brief was served on all counsel of record via Certified USPS mail,

RRR# _____.



Juan A. Martin-de-Nicolas, Pro Se

## CERTIFICATE OF CONFERENCE

As required by Tex. R. App. P. 10.1(a)(5), I certify that I have made

reasonable attempts to confer with opposing counsel, Ronald L. Clark, but have

been unable to reach him. I twice called his office the day before yesterday and left

him a voice message regarding this petition for review but have not received a call

back from him or his office as of the time of the printing of this petition.

Juan A. Martin-de-Nicolas, Pro Se